UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Teresa N. Cosby,<br><br>                              Plaintiff,<br>          v.<br><br>The Legal Services Corporation, Inc.,<br><br>                              Defendant. | C/A No. 6:05-00131-GRA<br><br>ORDER<br>(Written Opinion) |

This matter comes before the Court on Plaintiff's "Motion to Reconsider Order Granting Summary Judgment," filed May 22, 2006. Defendant filed a response in opposition to Plaintiff's motion on June 5, 2006. Plaintiff asks this Court, pursuant to Rule 59 of the Federal Rules of Civil Procedure, to reconsider the Court's order, filed May 11, 2006, granting summary judgment for Defendant.

There are only three grounds by which a court may reconsider its prior order: "(1) to accommodate an intervening change in the law; (2) to account for new evidence [not previously available]; and (3) to correct a clear error of law or prevent manifest injustice." *E.E.O.C. v. Lockheed Martin Corp., Aero & Naval Sys.*, 116 F.3d 110, 112 (4th Cir. 1997). After a review of the parties' briefs, the Court finds that none of these grounds are present in this case.

IT IS HEREBY ORDERED that Defendants' Motion be DENIED.

IT IS SO ORDERED.

1

                                                    _____
                                                    G. ROSS ANDERSON, JR.
                                                    UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

June   8  , 2006.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE